B6D (Official Form 6D) (12/07)

In re **Costakis A. Constantinou**,         Case No. **11-10585-scc**
         **Debtor**                                      **(If known)**

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 70402262884910001 Toyota Motor Credit Co 90 Crystal Run Rd Ste 31 Middletown, NY 10941 | | H | 01/01/2007 Security Agreement 2007 Lexus RX 350 VALUE $22,650.00 | | | | 9,471.00 | 0.00 |

0   continuation sheets attached

Subtotal ▶
(Total of this page)            $  9,471.00   $  0.00

Total ▶
(Use only on last page)         $  9,471.00   $  0.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **Costakis A. Constantinou**  ,      Case No. **11-10585-scc**
        Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 43599650001 <br> **M&T Bank** <br> **Attn: Bankrutpcy Unit** <br> **110 Wehrle Drive** <br> **Williamsville, NY 14221** | | | 08/12/2010 <br> **Personal Loan** | | | | 1,939.63 |
| ACCOUNT NO. xxxx-8-4278 <br> **Macy's** <br> **Bankruptcy Processing** <br> **P.O. Box 8053** <br> **Mason, OH 45040** | | J | 01/01/2011 <br> **Credit card** | | | | 1,469.54 |
| ACCOUNT NO. xxxxx-337-001 <br> **Marlin Leasing Corp.** <br> **300 Fellowship Road** <br> **Mount Laurel, NJ 08054** | X | | 09/28/2007 <br> **Personal guaranty on business debt** | | | X | 5,757.96 |
| ACCOUNT NO. <br> **NRP LLC II** <br> **420 Lexington Avenue, Suite 900** <br> **New York, NY 10170** <br><br> **Belkin Burden et al.** <br> **270 Madison Avenue** <br> **New York, NY 10016** | X | | 05/24/2010 <br> **Alleged personal guarantee of commercial lease** | X | X | X | undetermined |

_0_ Continuation sheets attached

                                                       Subtotal ▶ $ **9,167.13**

                                                       Total ▶ $ **9,167.13**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# Southern District of New York

In re **Costakis A. Constantinou**, Case No. **11-10585-scc**
Debtor
Chapter **13**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 682,000.00 | | |
| B - Personal Property | YES | 3 | $ 147,784.49 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 710,773.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 125,178.63 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 9,325.99 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 8,843.08 |
| TOTAL | | 15 | $ 829,784.49 | $ 835,951.63 | |